UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court: KalshiEX LLC v. Mary Jo Flaherty, et al. Docket No.: 25-cv-02152

KalshiEX LLC

    (Plaintiff)

    v.

Mary Jo Flaherty, in her official capacity as Interim Director of the New Jersey Division of Gaming Enforcement, and Matthew J. Platkin, in his official capacity as Attorney General of New Jersey

    (Defendant)

Judge: Hon. Edward S. Kiel, U.S.D.J.

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that Mary Jo Flaherty and Matthew J. Platkin
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[  ] Judgment, [X] Order, [  ] Other _____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

April 28, 2025
_____ .
(Date)

Dated: May 8, 2025

Matthew J. Platkin, Attorney General of New Jersey
/s/ Liza B. Fleming, Deputy Attorney General
_____
Appellant

R.J. Hughes Justice Complex, 25 Market St., P.O. Box 080
_____
Street

Trenton, NJ 08625
_____
City, State, Zip

(862) 350-5800
_____
Telephone