UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-099-E

No. 25-1922

KALSHIEX, LLC

v.

MARY JO FLAHERTY, et al,
Appellants

(D.N.J. No. 1:25-cv-02152)

Present:  CHUNG, Circuit Judge

1. UNOPPOSED Motion filed by Appellants Mary Jo Flaherty and Matthew J. Platkin to Expedite Consideration of This Appeal with proposed briefing schedule as follows:

    Appellants' brief due by June 10, 2025

    Appellee's brief due within 30 days of service of Appellants' brief

    Appellants' reply brief due within 21 days of service of Appellee's brief

    Case calendared at the earliest available calendar date.

                                                                Respectfully,
                                                                Clerk/amr

_____ORDER_____
The foregoing motion to expedite consideration of the appeal is GRANTED.

                                                                By the Court,

                                                                s/ Cindy K. Chung
                                                                Circuit Judge

Dated: May 16, 2025
Amr/cc: All counsel of record