**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | |
|---|---|
| KalshiEX LLC,　　*Plaintiff-Appellee,*　　v.　　Mary Jo Flaherty, et al.　　*Defendants-Appellants.* | No. 25-1922 |

**KALSHI'S PARTIALLY UNOPPOSED MOTION FOR A
22-DAY EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF**

Plaintiff-Appellee KalshiEX LLC respectfully moves for a 22-day extension of time to file its response brief in the above-captioned appeal.

1.　Under the schedule set out in this Court's May 16, 2025 order, Kalshi's response brief is currently due on July 10, 2025.

2.　A 22-day extension would make Kalshi's response brief due on Friday, August 1, 2025.

3.　Counsel for Kalshi have several other litigation deadlines that necessitate this request for a 22-day extension. These include: (1) a supplemental brief due on June 13, 2025, and a response brief due on June 25, 2025, in *KalshiEX LLC v. Martin*, No. 1:25-cv-01283 (D. Md.); (2) a reply brief due on June 18, 2025, and a summary

judgment hearing on July 29, 2025, in *Federated Indians of Graton Rancheria v. Burgum*, No. 24-cv-08582 (N.D. Cal.); (3) a court-appointed amicus brief due on June 30, 2025 in *Jolley v. Unknown Named BOP Directors*, No. 24-5111 (D.C. Cir.); (4) a discovery plan due on July 2, 2025 in *KalshiEX LLC v. Hendrick*, No. 2:25-cv-00575 (D. Nev.); and a petition for certiorari due on July 24, 2025 in *Poore v. United States*, No. 25-__ (S. Ct.).

4. An extension is especially warranted given that the current briefing deadline falls shortly after the July 4 holiday.

5. Kalshi has not previously sought an extension of this deadline, and reserved its ability to seek an extension in response to Defendants-Appellants' motion to expedite the appeal. *See* Dkt. 8 at 7-8.

6. Counsel for Kalshi contacted counsel for Defendants-Appellants to request their consent to a 22-day extension. Counsel for Defendants-Appellants consented to a 14-day extension but opposed the additional eight days Kalshi's counsel requested to avoid interference with family summer vacations.

7. If the Court declines to grant a 22-day extension, Kalshi respectfully requests that the Court alternatively grant a 14-day extension, to and including July 24, 2025, which Local Rule 31.4 typically permits parties to request by phone and to which Defendants-Appellants consent.

For the foregoing reasons, Kalshi requests that this Court find that good cause exists for this first extension request and grant the motion to extend the due date for Kalshi's response brief to August 1, 2025, or in the alternative, to July 24, 2025.

June 13, 2025                                       Respectfully submitted,

GURBIR S. GREWAL                                    /s/ Neal K. Katyal
MILBANK LLP                                         NEAL KUMAR KATYAL
55 Hudson Yards                                     JOSHUA B. STERLING
New York, NY 10001                                  WILLIAM E. HAVEMANN
(212) 530-5775                                      MILBANK LLP
ggrewal@milbank.com                                 1850 K St. NW
                                                    Suite 1100
                                                    Washington, DC 20006
                                                    (202) 835-7505
                                                    nkatyal@milbank.com

*Counsel for Plaintiff-Appellee*

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I hereby certify that this brief complies with the type-volume limitations of Fed. R. App. P. 32(c)(1) and Fed. R. App. P. 27(d)(2)(A):

1. This brief contains 391 words, excluding the portions exempted by Fed. R. App. P. 32(f).

2. This brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type, which complies with Fed. R. App. P. 32(a)(5) and (6).

3. This motion complies with Local Appellate Rule 31.1(c) in that prior to being electronically filed, it was scanned by the following virus detection software and found to be free from computer viruses: Microsoft Defender Antivirus Version 1.429.516.0.

4. This motion is partially unopposed by Defendants-Appellants.  L.A.R. 27.3.

June 13, 2025                                         /s/ Neal K. Katyal
                                                      Neal K. Katyal

                                                      *Counsel for Plaintiff-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

| | |
|---|---|
| June 13, 2025 | /s/ Neal K. Katyal<br>Neal K. Katyal<br><br>*Counsel for Plaintiff-Appellee* |