UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-119

No. <u>25-1922</u>

KALSHIEX LLC

v.

MARY JO FLAHERTY, ET AL, Appellants
(D.N.J. No. 25-cv-02152)

Present: FREEMAN, <u>Circuit Judge</u>

1. Motion filed by New Finance Institute to Proceed as Amicus Curiae in Support of Neither Party.

                                                            Respectfully,
                                                            Clerk/mcw

_____ORDER_____
The foregoing motion is granted.

                                                            By the Court,

                                                            <u>s/Arianna J. Freeman</u>
                                                            Circuit Judge

Dated: July 3, 2025
MCW/cc: All Counsel of Record