**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 25-1922

KalshiEX LLC vs. Flaherty et al.

Calendar Date 09/09/2025   Location Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: William Havemann

Designation of Arguing Counsel: William Havemann

Member of the Bar: ☑ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

KalshiEX LLC

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)