# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-1922**

**Kalshiex LLC** vs. **Mary Jo Flaherty, et al.**

Calendar Date **9/8/2025**    Location **Philadelphia, PA**

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **Stephen Ehrlich**

Designation of Arguing Counsel: **Stephen Ehrlich**

Member of the Bar:  [✓] Yes    [ ] No

Representing (check only one):

[ ] Petitioner(s)   [✓] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [ ] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

**Mary Jo Flaherty & Matthew J. Platkin**

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)