**No. 25-1922**

# United States Court of Appeals

**FOR THE THIRD CIRCUIT**

KALSHIEX LLC,

*Plaintiff-Appellee,*

v.

MARY JO FLAHERTY AND MATTHEW J. PLATKIN,

*Defendants-Appellants.*

*On Appeal From The United States District Court
For The District of New Jersey
Hon. Edward S. Kiel
Case No. 1:25-cv-2152*

## MOTION TO WITHDRAW

Derek L. Shaffer
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

Alex H. Loomis
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
alexloomis@quinnemanuel.com

*Counsel for Amicus Curiae The Casino Association Of New Jersey, Inc.*

Owen B. Smitherman, attorney of record for *amicus curiae* The Casino Association Of New Jersey, Inc. ("CANJ"), respectfully moves this Court for an order permitting withdrawal as counsel. Mr. Smitherman left the law firm Quinn Emanuel Urquhart & Sullivan, LLP on August 15, 2025. As a result, Mr. Smitherman is unable to continue representing CANJ in this matter. CANJ is represented by Derek L. Shaffer and Alex H. Loomis, who have already entered an appearance in this case and will continue to represent CANJ.

Accordingly, movant respectfully requests that this Court grant the motion and enter an order permitting Owen B. Smitherman to withdraw as counsel for CANJ in this matter.

Dated: August 19, 2025

Respectfully submitted,

*/s/ Derek L. Shaffer*

Derek L. Shaffer
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
derekshaffer@quinnemanuel.com

Alex H. Loomis
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
alexloomis@quinnemanuel.com

## **COMBINED CERTIFICATE OF COMPLIANCE**

1. Pursuant to this Court's Local Appellate Rules ("LAR") 28.3(d) and 46.1(e), as the signatory on the foregoing document, I am admitted and a member in good standing at the Bar of this Court.

2. This motion complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure ("FRAP") because this motion contains 111 words, excluding the parts of the brief exempt by FRAP 32(f) and LAR 29.1(b).

3. This motion complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

4. The text of the electronic motion is identical to the text in any paper copies.

5. A virus detection program has been run on the file, and no virus was detected. The virus detection program used is Microsoft Defender.

Dated: August 19, 2025                                  Respectfully submitted,

                                                                          */s/ Derek L. Shaffer*
                                                                          Derek L. Shaffer

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: August 19, 2025					Respectfully submitted,

							*/s/ Derek L. Shaffer*
							Derek L. Shaffer