<u>9:30 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>WEDNESDAY, SEPTEMBER 10, 2025</u>

<u>Coram: CHAGARES, Chief Judge, PORTER and ROTH, Circuit Judges</u>

<u>No. 24-2116</u>

UNITED STATES OF AMERICA
v.
DERBY CLERFE,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| STACIE M. FAHSEL | ADAM N. HALLOWELL |
| (15 minutes per Court) | (15 minutes per Court) |

<u>No. 24-3210</u>

UNITED STATES OF AMERICA
v.
STEVEN PENNYCOOKE,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| KEITH M. DONOGHUE | ROBERT A. ZAUZMER |
| (15 minutes per Court) | (15 minutes per Court) |

Coram: CHAGARES, Chief Judge, PORTER and ROTH, Circuit Judges

No. 24-2842

SECRETARY UNITED STATES
DEPARTMENT OF LABOR
v.
COMPREHENSIVE HEALTHCARE
MANAGEMENT SERVICES, LLC; et al.,
Appellants

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| JEFFREY A. SCHWARTZ | DEAN ROMHILT |
| (15 minutes per Court) | (15 minutes per Court) |

---

No. 25-1922

KALSHIEX, LLC
v.
MARY JO FLAHERTY; et al.

Mary Jo Flaherty; Matthew J. Platkin,
Appellants

| Counsel for Appellants | Counsel for Appellee |
|---|---|
| STEPHEN EHRLICH | WILLIAM E. HAVEMANN |
| (15 minutes per Court) | (15 minutes per Court) |