# Case No. 25-1922

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

**KALSHIEX LLC,**
*Plaintiff-Appellee*,

v.

**MARY JO FLAHERTY et al.,**
*Defendants-Appellants.*

Appeal from the United States District Court
for the District of New Jersey
Case No. 1:25-cv-2152-ESK-MJS

## SCOTT D. CROWELL'S UNOPPOSED MOTION FOR LIMITED WITHDRAWAL OF REPRESENTATION ONLY TO AMICUS KARUK TRIBE

Pursuant to Local Rule 27.3, I, Scott D. Crowell, hereby move this Court for a **limited** withdrawal of representation of the Amicus Karuk Tribe due to a recently discovered conflict of interest. Scott D. Crowell will continue representing all other Tribal Amici excluding the Karuk Tribe due to the conflict of interest. My limited withdrawal of representation to the Karuk Tribe will not cause any undue delay of justice or prejudice. The Karuk Tribe will continue to be represented by the Hobb Straus firm: Elizabeth Bower, Jen Wesley Camp, and the Powers, Pyles, Sutter & Verville PC firm: Bryan Newland.

I certify that I have notified the Karuk Tribe and counsel of my Motion for Limited Withdrawal and they do not oppose.

Dated: December 29, 2025

Respectfully submitted,

1

/s/ *Scott D. Crowell*
SCOTT D. CROWELL
Crowell Law Office – Tribal Advocacy Group
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Telephone: (425) 802-5369
Fax: (509) 235-5071
scottcrowell@clotag.net

*Attorney for Amici Tribes (Excluding Karuk Tribe), Indian Gaming Association, National Congress of American Indians, Arizona Indian Gaming Association, and Washington Indian Gaming Association*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2025, I electronically filed the foregoing document with the Clerk for the U.S. District Court for the Southern District of New York using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

DATED: December 29, 2025

                                                /s/ *Scott D. Crowell*
                                                SCOTT D. CROWELL

Scott Crowell
Crowell Law Office
Tribal Advocacy Group PLLC
1487 W. State Route 89A, Suite 8
Sedona, AZ 86336
Telephone: (425) 802-5369
scottcrowell@clotag.net

*Attorney for Amici Tribes (Excluding Karuk Tribe), Indian Gaming Association, National Congress of American Indians, Arizona Indian Gaming Association, and Washington Indian Gaming Association*