OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 6, 2026

Megan Barbero
Venable
600 Massachusetts Avenue NW
Washington, DC 20001

Elizabeth A. Bower
Hobbs Straus Dean & Walker
1899 L Street NW
Suite 1200
Washington, DC 20036

Scott D. Brenner
Parlatore Law Group
260 Madison Avenue
17th Floor
New York, NY 10016

Scott D. Crowell
Crowell Law Offices
1487 W 89A
Suite 8
Sedona, AZ 86336

Stephen Ehrlich
Office of Attorney General of New Jersey
25 Market Street
Richard J. Hughes Justice Complex
Trenton, NJ 08611

Liza B. Fleming
Office of Attorney General of New Jersey
Division of Law
25 Market Street
Hughes Justice Complex
Trenton, NJ 08625

Tyler R. Green
Consovoy McCarthy
222 S Main Street
5th Floor
Salt Lake City, UT 84101

Gurbir S. Grewal
Milbank
55 Hudson Yards
New York, NY 10005

William E. Havemann
Milbank
1101 New York Avenue NW
Washington, DC 20005

Michael C. Hoenig
Yuhaaviatam of San Manuel Nation
422 1st Street SE
Washington, DC 20003

Samantha K. Ilagan
Milbank
1101 New York Avenue NW
Washington, DC 20005

Neal K. Katyal
Milbank
1101 New York Avenue NW
Washington, DC 20005

Zachery P. Keller
Office of Attorney General of Ohio
Office of the Solicitor General
30 E Broad Street
17th Floor
Columbus, OH 43215

Kyle Keraga
Venable
750 E Pratt Street
Suite 900
Baltimore, MD 21202

Kevin F. King
Covington & Burling

850 10th Street NW
One City Center
Washington, DC 20001

Alexander H. Loomis
Quinn Emanuel Urquhart & Sullivan
111 Huntington Avenue
Suite 520
Boston, MA 02199

Eli Nachmany
Covington & Burling
850 10th Street NW
One City Center
Washington, DC 20001

Michael M. Rosensaft
Katten Muchin Rosenman
50 Rockefeller Plaza
New York, NY 10020

Carlos H. Salguero Jr.
Venable
151 W 42nd Street
49th Floor
New York, NY 10036

Andrew L. Schlafly
939 Old Chester Road
Far Hills, NJ 07931

Derek Shaffer
Quinn Emanuel Urquhart & Sullivan
555 13th Street NW
Suite 600
Washington, DC 20004

Heidi P. Stern
Office of Attorney General of Nevada
1 State of Nevada Way
Suite 100
Las Vegas, NV 89119

Joseph H. Webster
Hobbs Straus Dean & Walker
1899 L Street NW

Suite 1200
Washington, DC 20036

Jessica E. Whelan
Office of Attorney General of Nevada
1 State of Nevada Way
Suite 100
Las Vegas, NV 89119

RE: Kalshiex LLC v. Mary Jo Flaherty, et al
Case Number: 25-1922
District Court Case Number: 1:25-cv-02152

ENTRY OF JUDGMENT

Today, **April 06, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Alicia
Case Manager
267-299-4948