# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

|  |  |
|---|---|
| KALSHIEX LLC, <br><br> *Plaintiff-Appellee,* <br><br> v. <br><br> MARY JO FLAHERTY and MATTHEW PLATKIN, <br><br> *Defendants-Appellants.* | No. 25-1922 |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned attorney for Amicus Curiae American Gaming Association, Eli Nachmany, is leaving employment at Covington & Burling LLP, and hereby withdraws from this case.  Other counsel who have entered appearances will continue to represent the Association in this case.

Respectfully Submitted,

Dated:  April 14, 2026

 */s/ Eli Nachmany*
Eli Nachmany
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
202-662-6000
enachmany@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on April 14, 2026. Participants in the case will be served by email through the Court's CM/ECF system.

Dated: April 14, 2026

/s/ Eli Nachmany
Eli Nachmany
Covington & Burling LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001-4956
202-662-6000
enachmany@cov.com