OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 28, 2026

Melissa E. Rhoads
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & United States Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: Kalshiex LLC v. Mary Jo Flaherty, et al
Case Number: 25-1922
District Court Case Number: 1:25-cv-02152

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: April 28, 2026

Amr/cc: Megan Barbero, Esq.
  Elizabeth A. Bower, Esq.
  Scott D. Brenner, Esq.
  Scott D. Crowell, Esq.
  Stephen Ehrlich, Esq.
  Liza B. Fleming, Esq.

Tyler R. Green, Esq.
Gurbir S. Grewal, Esq.
William E. Havemann, Esq.
Michael C. Hoenig, Esq.
Samantha K. Ilagan, Esq.
Neal K. Katyal, Esq.
Zachery P. Keller, Esq.
Kyle Keraga, Esq.
Kevin F. King, Esq.
Alexander H. Loomis, Esq.
Michael M. Rosensaft, Esq.
Carlos H. Salguero Jr., Esq.
Andrew L. Schlafly, Esq.
Derek Shaffer, Esq.
Heidi P. Stern, Esq.
Joseph H. Webster, Esq.
Jessica E. Whelan, Esq.